# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| LYNN GOSS, | : |
| Claimant, | : |
| v. | : No. 3:11-CV-4 (CAR) |
| MICHAEL J. ASTRUE, | : |
| Commissioner of Social Security, | : |
| Defendant. | : |

**ORDER ON MOTION TO REMAND UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g)**

This matter comes before the Court on Defendant's Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of the Cause to the Defendant [Doc. 10]. Sentence four of 42 U.S.C. § 405(g) vests courts with the authority "to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." Defendant, the Commissioner of Social Security, requests that the Court enter an order reversing the Commissioner's decision and remanding the cause to the Commissioner, who will remand the case to an administrative law judge for further proceedings. Plaintiff consents to this motion. Having reviewed the matter, the Court **GRANTS** Defendant's Motion. The Commissioner's decision is **REVERSED** under sentence four of 42 U.S.C. § 405(g) and the cause is **REMANDED** to the Commissioner for further proceedings.

On remand, the ALJ will be instructed to give further consideration to the treating and examining source opinions pursuant to the provisions of 20 C.F.R. §§ 404.1527 & 416.927 and Social Security Rulings 96-2p and 96-5p, and to the non-examining source opinions pursuant to

the provisions of 20 C.F.R. §§ 404.1527(f) & 416.927(f) and Social Security Ruling 96-6p, and explain the weight given to such opinion evidence. As appropriate, the ALJ may request the treating and examining sources to provide additional evidence and/or further clarification of the opinions and medical source statements about what Plaintiff can still do despite her impairments (20 C.F.R. §§ 404.1512, 416.912). The ALJ may enlist the aid and cooperation of Plaintiff's representative in developing evidence from Plaintiff's treating sources. In addition, the ALJ will be directed to further evaluate Plaintiff's subjective complaints and provide rationale in accordance with the disability regulations pertaining to evaluation of symptoms, and to give further consideration to Plaintiff's maximum residual functional capacity and provide appropriate rationale with specific references to evidence of record in support of the assessed limitations. Lastly, the ALJ will be directed to obtain supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on Plaintiff's occupational base.

Defendant's Motion [Doc. 10] is **GRANTED**. The Court **REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and **REMANDS** the cause to the Commissioner for further proceedings.

SO ORDERED this 22nd day of March, 2011.

                                               S/ C. Ashley Royal
                                               C. ASHLEY ROYAL, JUDGE
                                               UNITED STATES DISTRICT COURT

bcw